substantial federal question.

No. 84–43.   GOOD SAMARITAN HOSPITAL OF MARYLAND, INC. *v.* MARYLAND ET AL.   Appeal from Ct. App. Md. dismissed for want of substantial federal question.

No. 84–66.   WINE & SPIRITS SPECIALTY, INC. *v.* DANIEL, DIRECTOR, DEPARTMENT OF PUBLIC SAFETY, ET AL.   Appeal from Sup. Ct. Mo. dismissed for want of substantial federal question.

No. 84–98.   POPE *v.* TEXAS.   Appeal from Ct. App. Tex., 14th Sup. Jud. Dist., dismissed for want of substantial federal question.

No. 84–126.   PERELLA *v.* NEW JERSEY.   Appeal from Super. Ct. N. J., App. Div., dismissed for want of substantial federal question.

No. 84–134.   CORUZZI *v.* NEW JERSEY ET AL.   Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question.

No. 84–137.   DAVIDSON *v.* ILLINOIS.   Appeal from App. Ct. Ill., 5th Dist., dismissed for want of substantial federal question.

No. 84–152.   BREWER ET AL. *v.* CITY OF WINSTON-SALEM, NORTH CAROLINA, ET AL.   Appeal from Ct. App. N. C. dismissed for want of substantial federal question.

No. 84–156.   MACON ASSOCIATION FOR RETARDED CITIZENS *v.* MACON-BIBB COUNTY PLANNING AND ZONING COMMISSION.   Appeal from Sup. Ct. Ga. dismissed for want of substantial federal question.

No. 84–158.   ROCKY B. FISHERIES, INC., ET AL. *v.* NORTH BEND FABRICATION & MACHINE, INC., ET AL.   Appeal from Ct. App. Ore. dismissed for want of substantial federal question.

No. 84–167.   FIRESTONE TIRE & RUBBER CO. *v.* FRANCHISE TAX BOARD OF CALIFORNIA.   Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question.